FILED

11/24/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0083

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0083

_____

STATE OF MONTANA, Department of
Natural Resources and Conservation, et al.,

      Plaintiffs and Appellees,

  v.

GREENFIELDS IRRIGATION DISTRICT, et al.,

      Defendants and Appellants.

_____

O R D E R

Upon consideration of r Appellants' motion for extension to file the reply brief,

IT IS ORDERED that the motion for extension is GRANTED.  Appellant's reply brief is due January 7, 2021.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 24 2020